THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC MAINOO | § | CASE NO.  17-40016-R |
| XXX-XX-2592 | § | |
| 2789 SUNLIGHT DRIVE | § | CHAPTER 13 |
| LITTLE ELM, TX  75068 | § | |
| | § | |
| DEBTOR | § | |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**
**(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)**

## Notice Regarding Trustee's Recommendation Concerning Claims:

THIS DOCUMENT SHALL CONSTITUTE AN **OBJECTION TO YOUR CLAIM** UNLESS THE RECOMMENDATION IN THIS DOCUMENT CONCERNING YOUR CLAIM ACCEPTS YOUR PROOF OF CLAIM PRECISELY AS FILED.

NO HEARING WILL BE CONDUCTED ON THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE WITHIN **TWENTY-EIGHT (28) DAYS** FROM DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.

IF NO OBJECTION IS TIMELY SERVED AND FILED TO THIS DOCUMENT, THE TRUSTEE'S RECOMMENDATION CONCERNING YOUR CLAIM SHALL BE SUSTAINED AS UNOPPOSED AND YOUR CLAIM SHALL BE ALLOWED ONLY AS SET FORTH IN THIS DOCUMENT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

## Notice of Deadline for Filing Objections to Claim:

YOU ARE FURTHER NOTIFIED that the **deadline for filing an objection** to the allowance of any proof of claim filed in this case, or to avoid or otherwise challenge the validity of any security interest claimed in any proof of claim in this case, is the **twenty-first (21st) day** following the date of service of this document.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Carey D. Ebert, Chapter 13 Trustee, in these proceedings, and making this her recommendation concerning claims, would respectfully show the Court as follows:

1.  All parties are specifically advised that, among others, LBR 3015 shall apply to this Trustee's Recommendation Concerning Claims.

2.  The time for filing claims in this proceeding has expired.  The Trustee has reviewed all of the claims filed in this proceeding. Attached are Schedules I and II containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

3.  If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's objections or other recommendations, or may file an objection to any claim disputed. However, responses to the Trustee's recommendations MUST BE FILED within twenty-eight (28) days from the date of service hereof, and objections to claims MUST BE FILED within twenty-one (21) days from service hereof. Each claim for which there is no timely filed response or objection will be treated as listed in the attached Schedules, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## VALUATION OF COLLATERAL

4.  The Court has previously made a final and binding determination of the value of certain property, which may constitute collateral securing certain creditors' claims. These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court. All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I and II.

5.  Certain creditors may have timely filed proofs of claim which evidenced a perfected security interest in additional collateral not previously valued by the Court. The Trustee has made a recommendation to the Court in Schedules I and II concerning the value of such collateral and the treatment of each such creditor's claim herein. Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim. UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE

## TRUSTEE'S OBJECTIONS TO CLAIMS

6.  The Trustee contests the amounts or the validity or extent of the security interest listed in the proofs of claim in the attached Schedule I to the Trustee's Recommendation Concerning Claims. If no response or objection is timely filed, such claim will be treated in the manner and amount listed on the attached Schedules to the Trustee's Recommendation Concerning Claims

7.  Parties in interest should carefully examine the attached Schedules to the Trustee's Recommendation Concerning Claims. If any party disagrees with the Trustee's recommendation concerning the amount or status of any claim, such party must file a response within twenty-eight (28) days from the date of service hereof, or the Trustee's recommendation will become final and binding.

8.  If the Trustee's recommendation concerning any claim differs from the amount indicated in the creditor's Proof of Claim, the recommendation is deemed to be an objection to such claim. Unless a timely response or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount listed in the attached Schedules to the Trustee's Recommendation Concerning Claims.

9.  If the Trustee's recommendation concerning a creditor's claim indicates that such creditor is not a secured creditor, the recommendation is deemed to be an action to determine the validity of such creditor's security interest or to avoid such creditor's security interest. Unless a timely response or objection is filed contesting the Trustee's recommendation, the security interest will be avoided or disallowed in accordance with the attached Schedules to the Trustee's Recommendation Concerning Claims.

    CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

10. The amounts in the attached Schedule II to the Trustee's Recommendation Concerning Claims were taken directly from the proofs of claims. The Trustee does not contest these claims. If the Debtors or any creditors contest any of these claims, an objection to each claim must be filed within twenty-one (21) days from the date of service hereof.

## NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

11.   Responses to the Trustee's recommendation must be filed within twenty-eight (28) days from the date of service hereof, and additional objections to claims must be filed within twenty-one (21) days from the date of service hereof, with the United States Bankruptcy Clerk, 660 North Central Expressway, Plano, TX  75074, and served on the appropriate parties in accordance with the Bankruptcy Rules.

Respectfully submitted,

/s/ H. Jefferson LeForce
Carey D. Ebert, Chapter 13 Trustee, TBN 05332500
H. Jefferson LeForce TBN 00791094
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580 / Fax (972) 943-8050

CASE NO:  17-40016-R

## SECTION I

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| AMEX<br>CORRESPONDENCE<br>PO BOX 981540<br>EL PASO, TX 79998 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ATLANTA POSTAL CREDIT UNION<br>ATTN: GAYLE<br>3900 CROWN ROAD<br>ATLANTA, GA 30380 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ATTORNEY GENERAL OF TEXAS<br>COLLECTIONS DIV/ BANKRUPTCY<br>SECTION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| BANK OF AMERICA<br>NC4-105-03-14<br>PO BOX 26012<br>GREENSBORO, NC 27420 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |
| BAYLOR SCOTT& WHITE HEALTH<br>BAYLOR ALL SAINTS MEDICAL CENTER<br>2001 BRYAN STREET SUITE 200<br>DALLAS, TX 75201 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| BUCKLEY MADOLE, P.C.<br>14841 DALLAS PARKWAY, SUITE 425<br>DALLAS, TX 75254 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CALVARY PORTFOLIO SERVICES<br>500 SUMMIT LAKE STE 400<br>VALHALLA, NY 10595 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CAREY D. EBERT<br>500 N. CENTRAL EXPRESSWAY SUITE 350<br>PLANO, TX 75074 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DRIVE, SUITE 400<br>VALHALLA, NY 10595-1340 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CENTRAL FINANCIAL CONTROL<br>PO BOX 66044<br>ANAHEIM, CA 92816 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CHASE CARD<br>ATTN: CORRESPONDENCE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |
| CHASE CARD<br>ATTN: CORRESPONDENCE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |
| CHASE CARD<br>ATTN: CORRESPONDENCE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |
| CHASE CARD<br>ATTN: CORRESPONDENCE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |
| CHASE CARD<br>ATTN: CORRESPONDENCE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |

| | | | |
|---|---|---|---|
| CHASE MTG<br>3415 VISION DR<br>COLUMBUS, OH 43219 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CITIBANK/EXXON MOBILE<br>CITICORP CR SRVS/CENTRALIZED<br>BANKRUPTCY<br>PO BOX 790040<br>S LOUIS, MO 63129 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CITIBANK/THE HOME DEPOT<br>CITICORP CR SRVS/CENTRALIZED<br>BANKRUPTCY<br>PO BOX 790040<br>S LOUIS, MO 63129 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CITI-CITGO<br>CITICORP CR SRVS/CENTRALIZED<br>BANKRUPTCY<br>PO BOX 790040<br>S LOUIS, MO 63129 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| COLLIN COUNTY<br>P. O. BOX 8006<br>MCKINNEY, TX 75070-8006 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| COLLIN COUNTY TAX<br>ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS ET AL<br>777 EAST 15TH STREET<br>PLANO, TX 75074-5799 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| COLLIN COUNTY TAX<br>ASSESSOR/COLLECTOR<br>P. O. BOX 8046<br>MCKINNEY, TX 75070-8046 | 3,766.46 | 0.00<br><br>0.00 | SECURED<br><br>COURT CLAIM REGISTRY # 1<br>PROPERTY TAXES<br>TO BE PAID DIRECT BY DEBTOR |
| COMENITY CAPITAL/VENUE<br>COMENITY BANK<br>PO BOX 182125<br>COLUMBUS, OH 43218 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING/ BANKRUPTCY DIV<br>PO BOX 13528<br>AUSTIN, TX 78711 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CREDIT FIRST/CFNA<br>BK13 CREDIT OPERATIONS<br>PO BOX 818011<br>CLEVELAND, OH 44181 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CREDIT ONE BANK NA<br>PO BOX 98873<br>LAS VEGAS, NV 89193 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| DENTON COUNTY<br>C/O LEE GORDON<br>P. O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| DENTON COUNTY TAX ASSESSOR<br>P. O. BOX 90223<br>DENTON, TX 76202-5223 | 0.00 | 0.00<br><br>0.00 | TAXES SECURED<br><br>PROPERTY TAXES<br>TO BE PAID DIRECT BY DEBTOR |
| DISCOVER FINANCIAL<br>PO BOX 3025<br>NEW ALBANY, OH 43054 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| DR. GREEN SERVICES<br>3333 EARHART DR. STE. 200<br>CARROLLTON, TX 75006 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>MEDICAL<br>CLAIM NOT TO BE PAID |
| FED LOAN SEVICING<br>PO BOX 69184<br>HARRISBURG, PA 17106 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| FIRST ELECTRONIC BANK<br>2150 S 1300 E SUITE 400<br>SALT LAKE CITY, UT 84106 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| FIRST HEART & VASCULAR<br>5963 DRIPPING SPRINGS DR.<br>FRISCO, TX 75034 | 0.00 | 0.00 | UNSECURED CLAIM NOT FILED |
| | | 0.00 | MEDICAL<br>CLAIM NOT TO BE PAID |
| FOCUS RECEIVABLES MANA<br>1130 NORTHCHASE PARKWAY<br>SUITE 150<br>MARIETTA, GA 30067 | 0.00 | 0.00 | UNSECURED CLAIM NOT FILED |
| | | 0.00 | TERMINIX<br>CLAIM NOT TO BE PAID |
| FRISCO HEART & VASCULAR<br>5963 DRIPPING SPRINGS DR<br>FRISCO, TX 75034-4037 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>P. O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 0.00 | 0.00 | PRIORITY |
| | | 0.00 | COURT CLAIM REGISTRY # 4<br>2016 TAXES<br>BALANCE DUE ON CLAIM IS ZERO |
| KOHLS/CAPITAL ONE<br>KOHLS CREDIT<br>PO BOX 3043<br>MILWAUKEE, WI 53201 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| LEINART LAW FIRM<br>11520 N. CENTRAL EXPRESSWAY<br>SUITE 212<br>DALLAS, TX 75243-6608 | 3,500.00 | 0.00 | ATTORNEY FEE |
| | | 0.00 | DEBTOR ATTORNEY<br>TO BE PAID AS ADMINISTRATIVE |
| LEINART LAW FIRM<br>11520 N. CENTRAL EXPRESSWAY<br>SUITE 212<br>DALLAS, TX 75243 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |

| | | | |
|---|---|---|---|
| LINEBARGER GOGGAN BLAIR ET AL<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LYNALISE KATHERINE TANNERY<br>BUCKLEY MADOLE, P.C.<br>14841 DALLAS PARKWAY, SUITE 425<br>DALLAS, TX 75254-7685 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MCCREARY, VESELKA, BRAGG & ALLEN,<br>PC<br>MICHAEL REED<br>P. O. BOX 1269<br>ROUND ROCK, TX 78680 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE |
| MICHAEL REED OR LEE GORDON<br>P. O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| NAVIENT<br>ATTN: BANKRUPTCY<br>PO BOX 9500<br>WILKES-BARR, PA 18773 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| NAVIENT SOLUTIONS, INC. ON BEHALF<br>OF<br>FLORIDA DEPARTMENT OF EDUCATION<br>OFFICE OF STUDENT FINANCIAL<br>ASSISTANCE<br>PO BOX 7019<br>TALLAHASSEE, FL 32314 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PORTFOLIO RECOVERY ASSOCIATES<br>P.O. BOX 41067<br>NORFOLK, VA 23541 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PORTFOLIO RECOVERY ASSOCIATES<br>LLC<br>P. O. BOX 41067<br>NORFOLK, VA 23541-1067 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| PROSPER MARKETPLACE INC<br>PO BOX 396081<br>SAN FRANCISCO, CA 94139 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PROSPER MARKETPLACE INC.<br>C/O WEINSTEIN & RILEY, P.S.<br>2001 WESTERN AVENUE, SUITE 400<br>SEATTLE, WA 98121 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PRSM/CBSD<br>CITICORP CREDIT<br>SERVICES/CENTRALIZED BAN<br>PO BOX 790040<br>SAINT LOUIS, MO 63179 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PYOD LLC<br>C/O SHELLPOINT MORTGAGE<br>SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603 | 41,100.48 | 0.00<br><br>0.00 | MORTGAGE ON-GOING PAYMENTS<br><br>COURT CLAIM REGISTRY # 17<br>HOMESTEAD 2ND LIEN<br>TO BE PAID DIRECT BY DEBTOR |
| PYOD LLC<br>C/O SHELLPOINT MORTGAGE<br>SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603 | 31.90 | 9.99<br><br>0.00 | MORTGAGE ARREARAGE<br><br>COURT CLAIM REGISTRY # 17<br>HOMESTEAD 2ND LIEN ARREARS<br>TO BE PAID IN FULL |
| REGIONAL FIN<br>230 WEST PARKER ROAD<br>PLANO, TX 75075 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| RGS FINANCIAL<br>1700 JAY ELL DR STE 200 STE<br>RICHARDSON, TX 75081 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>MEDICAL<br>CLAIM NOT TO BE PAID |
| RGS FINANCIAL<br>1700 JAY ELL DR STE 200<br>RICHARDSON, TX 75081 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| RISE CREDIT<br>CUSTOMER SUPPORT<br>PO BOX 101808<br>FORT WORTH, TX 76185 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>COLLECTION<br>CLAIM NOT TO BE PAID |

| | | | |
|---|---|---|---|
| SHELLPOINT MORTGAGE SE<br>75 BEATTIE PL STE 300<br>GREENVILLE, SC 29601 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SMILE BRANDS FINANCE INC<br>100 SPECTRUM CENTER DR STE 1500<br>IRVINE, CA 92618-4984 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SYNCB/BRMART<br>ATTN: BANKRUPTCY<br>PO BOX 965064<br>ORLANDO, FL 32896 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |
| SYNCB/CARE CREDIT<br>C/O PO BOX 965036<br>ORLANDO, FL 32896 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SYNCHRONY BANK/ JC PENNEYS<br>PO BOX 965064<br>ORLANDO, FL 32896 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SYNCHRONY BANK/PAYPAL CR<br>PO BOX 965064<br>ORLANDO, FL 32896 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SYNCHRONY BANK/WALMART<br>PO BOX 965064<br>ORLANDO, FL 32896 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TEXAS ALCOHOLIC BEVERAGE<br>COMMISSION<br>LICENSES AND PERMIT DIVISION<br>PO BOX 13127<br>AUSTIN, TX 78711-3127 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TEXAS WORKFORCE COMMISSION<br>TEC BUILDING- BANKRUPTCY<br>101 E 15TH ST<br>AUSTIN, TX 78778 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

PLA_TrusteesRecommendationClaims (7/22/2013)

| | | | |
|---|---|---|---|
| TWO SUNSET POINTE HOA<br>C/O SBB PROCESSING CENTER<br>P. O. BOX 60875<br>PHOENIX, AZ 85082-0875 | 600.00 | 0.00<br><br>0.00 | SECURED CLAIM NOT FILED<br><br>HOA ARREARS<br>CLAIM NOT TO BE PAID |
| U.S. BANK NATIONAL ASSOCIATION<br>TRUSTEE (SEE<br>C/O WELLS FARGO BANK, N.A.<br>DEFAULT DOCUMENT PROCESSING,<br>MAC# N9286-01Y<br>1000 BLUE GENTIAN ROAD<br>EAGAN, MN 55121 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| U.S. DEPARTMENT OF EDUCATION<br>C/O FEDLOAN SERVICING<br>P. O. BOX 69184<br>HARRISBURG, PA 17106-9184 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| UNITED STATES ATTORNEY GENERAL<br>DEPT. OF JUSTICE<br>MAIN JUSTICE BLDG<br>10 AND CONSTITUTION NW<br>WASHINGTON, DC 20530-0001 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| UNITED STATES ATTORNEY'S OFFICE<br>110 NORTH COLLEGE AVE STE 700<br>TYLER, TX 75702-0204 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| UNITED STATES TRUSTEE- EASTERN<br>DISTRICT<br>110 N. COLLEGE AVE STE 300<br>TYLER, TX 75702 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| UNITED STATES TRUSTEE'S OFFICE<br>110 NORTH COLLEGE AVE STE 300<br>TYLER, TX 75702-7231 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 NORTH COLLEGE AVENUE, SUITE<br>300<br>TYLER, TX 75702-7231 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| WELLS FARGO BANK NA<br>MAC F82535-02F<br>PO BOX 10438<br>DES MOINES, IA 50306 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| WELLS FARGO BANK, N.A.<br>14841 DALLAS PARKWAY, SUITE 300<br>DALLAS, TX 75254-7883 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| WELLS FARGO BANK, N.A.<br>DEFAULT DOCUMENT PROCESSING<br>MAC# N9286-01Y<br>1000 BLUE GENTIAN ROAD<br>EAGEN, MN 55121 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| WELLS FARGO BANK, N.A.<br>ATTENTION: PAYMENT PROCESSING<br>MAC# X2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA 50328 | 166,787.10 | 0.00<br><br>0.00 | MORTGAGE ON-GOING PAYMENTS<br><br>COURT CLAIM REGISTRY # 3<br>HOMESTEAD<br>TO BE PAID DIRECT BY DEBTOR |
| WELLS FARGO BANK, N.A.<br>ATTENTION: PAYMENT PROCESSING<br>MAC# X2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA 50328 | 17,941.12 | 6.00<br><br>0.00 | MORTGAGE ARREARAGE<br><br>COURT CLAIM REGISTRY # 3<br>HOMESTEAD ARREARS<br>TO BE PAID IN FULL |
| WINGS FINANCIAL FCU<br>14985 GLAZIER AVE STE 100<br>APPLE VALLEY, MN 55124 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

CASE NO: 17-40016-R

## SECTION II

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355 | 424.53 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 7 |
| | | | CREDIT CARD |
| | | | TO BE PAID AS UNSECURED |
| AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP P.O. BOX 3001 MALVERN, PA 19355 | 1,582.48 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 9 |
| | | | CREDIT CARD |
| | | | TO BE PAID AS UNSECURED |
| ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS ASSIGNS AS ASSIGNEE OF SYNDICATED OFFICE SYSTEMS, INC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | 250.00 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 11 |
| | | | MEDICAL |
| | | | TO BE PAID AS UNSECURED |
| CAPITAL ONE, N.A. C/O BECKET & LEE LLP P. O. BOX 3001 MALVERN, PA 19355-0701 | 857.41 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 14 |
| | | | CREDIT CARD |
| | | | TO BE PAID AS UNSECURED |
| CAVALRY SPV I, LLC P.O. BOX 27288 TEMPE, AZ 85282 | 5,035.98 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 15 |
| | | | CREDIT CARD |
| | | | TO BE PAID AS UNSECURED |
| CAVALRY SPV I, LLC P.O. BOX 27288 TEMPE, AZ 85282 | 1,322.88 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 13 |
| | | | CREDIT CARD |
| | | | TO BE PAID AS UNSECURED |
| CREDIT FIRST NA P. O. BOX 818011 CLEVELAND, OH 44181 | 1,953.99 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 8 |
| | | | CREDIT CARD |
| | | | TO BE PAID AS UNSECURED |

| | | | |
|---|---|---|---|
| DISCOVER BANK<br>DISCOVER PRODUCTS INC.<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 8,204.97 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 2<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |
| FLORIDA DEPARTMENT OF EDUCATION<br>OFFICE OF FINANCIAL ASSISTANCE<br>PO BOX 865435<br>ORLANDO, FL 32886 | 14,896.93 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 5<br>STUDENT LOAN<br>TO BE PAID AS UNSECURED |
| LVNV FUNDING, LLC ITS SUCCESSORS<br>AND ASSIGNS<br>ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603 | 3,248.62 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 6<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |
| LVNV FUNDING, LLC ITS SUCCESSORS<br>AND ASSIGNS<br>ASSIGNEE OF FNBM, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 1,379.12 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 10<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |
| MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | 1,834.52 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 12<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES,<br>LLC<br>P. O. BOX 12914<br>NORFOLK, VA 23541 | 1,975.49 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 20<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES,<br>LLC<br>P. O. BOX 12914<br>NORFOLK, VA 23541 | 2,736.86 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 21<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES,<br>LLC<br>P. O. BOX 12914<br>NORFOLK, VA 23541 | 576.99 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 19<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |
| PROSPER MARKETPLACE INC.<br>C/O WEINSTEIN & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA 98124 | 209.34 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 18<br>COLLECTION<br>TO BE PAID AS UNSECURED |

| | | | |
|---|---|---|---|
| U.S. DEPARTMENT OF EDUCATION | 143,655.57 | 0.00 | UNSECURED |
| C/O FEDLOAN SERVICING | | | |
| P.O. BOX 530210 | | | COURT CLAIM REGISTRY # 16 |
| ATLANTA, GA 30353-0210 | | 0.00 | STUDENT LOAN |
| | | | TO BE PAID AS UNSECURED |

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC MAINOO | § | CASE NO.  17-40016-R |
| XXX-XX-2592 | § | |
| 2789 SUNLIGHT DRIVE | § | CHAPTER 13 |
| LITTLE ELM, TX  75068 | § | |
| | § | |
| DEBTOR | § | |

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS ) has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail . If no address is listed, no notice was sent to that party .

ERIC MAINOO
2789 SUNLIGHT DRIVE
LITTLE ELM, TX  75068


LEINART LAW FIRM
11520 N. CENTRAL EXPRESSWAY
SUITE 212
DALLAS, TX  75243-6608


and to the parties on the attached mailing matrix.

Dated:   November 14, 2017                          /s/ Carey D. Ebert, Chapter 13 Trustee
                                                    Office of the Standing Chapter 13 Trustee

AMERICAN EXPRESS BANK, FSB
C O BECKET AND LEE LLP
POB 3001
MALVERN, PA  19355

AMERICAN EXPRESS CENTURION BANK
C O BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA  19355

AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO, TX  79998

ASHLEY FUNDING SERVICES, LLC ITS
SUCCESSORS
 ASSIGNS AS ASSIGNEE OF SYNDICATED
 OFFICE SYSTEMS, INC RESURGENT
CAPITAL SERVICES
 PO BOX 10587
 GREENVILLE, SC  29603-0587

ATLANTA POSTAL CREDIT UNION
ATTN: GAYLE
3900 CROWN ROAD
ATLANTA, GA  30380

ATTORNEY GENERAL OF TEXAS
COLLECTIONS DIV/ BANKRUPTCY
SECTION
 PO BOX 12548
 AUSTIN, TX  78711-2548

BANK OF AMERICA
NC4-105-03-14
PO BOX 26012
GREENSBORO, NC  27420

BAYLOR SCOTT& WHITE HEALTH
BAYLOR ALL SAINTS MEDICAL CENTER
2001 BRYAN STREET SUITE 200
DALLAS, TX  75201

BUCKLEY MADOLE, P.C.
14841 DALLAS PARKWAY, SUITE 425
DALLAS, TX  75254

CALVARY PORTFOLIO SERVICES
500 SUMMIT LAKE STE 400
VALHALLA, NY  10595

* CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT  84130

* CAPITAL ONE, N.A.
C/O BECKET & LEE LLP
P. O. BOX 3001
MALVERN, PA  19355-0701

CAREY D. EBERT
500 N. CENTRAL EXPRESSWAY SUITE 350
PLANO, TX  75074

CAVALRY SPV I, LLC
500 SUMMIT LAKE DRIVE, SUITE 400
VALHALLA, NY  10595-1340

CAVALRY SPV I, LLC
P.O. BOX 27288
TEMPE, AZ  85282

CENTRAL FINANCIAL CONTROL
PO BOX 66044
ANAHEIM, CA  92816

CHASE CARD
ATTN: CORRESPONDENCE
PO BOX 15298
WILMINGTON, DE  19850

CHASE MTG
3415 VISION DR
COLUMBUS, OH  43219

* CITI
PO BOX 6241
SIOUX FALLS, SD  57117

CITI-CITGO
CITICORP CR SRVS/CENTRALIZED
BANKRUPTCY
 PO BOX 790040
 S LOUIS, MO  63129

CITIBANK/EXXON MOBILE
CITICORP CR SRVS/CENTRALIZED
BANKRUPTCY
 PO BOX 790040
 S LOUIS, MO  63129

CITIBANK/THE HOME DEPOT
CITICORP CR SRVS/CENTRALIZED
BANKRUPTCY
 PO BOX 790040
 S LOUIS, MO  63129

COLLIN COUNTY
P. O. BOX 8006
MCKINNEY, TX  75070-8006

* COLLIN COUNTY TAX
ASSESSOR/COLLECTOR
 C/O GAY MCCALL ISAACKS ET AL
 777 EAST 15TH STREET
 PLANO, TX  75074-5799

COLLIN COUNTY TAX
ASSESSOR/COLLECTOR
 P. O. BOX 8046
 MCKINNEY, TX  75070-8046

COMENITY CAPITAL/VENUE
COMENITY BANK
PO BOX 182125
COLUMBUS, OH  43218

* COMPTROLLER OF PUBLIC ACCOUNTS
 REVENUE ACCOUNTING/ BANKRUPTCY
DIV
 PO BOX 13528
 AUSTIN, TX  78711

CREDIT FIRST NA
P. O. BOX 818011
CLEVELAND, OH  44181

* CREDIT FIRST/CFNA
BK13 CREDIT OPERATIONS
PO BOX 818011
CLEVELAND, OH  44181

CREDIT ONE BANK NA
PO BOX 98873
LAS VEGAS, NV  89193

DENTON COUNTY
C/O LEE GORDON
P. O. BOX 1269
ROUND ROCK, TX  78680-1269

DENTON COUNTY TAX ASSESSOR
P. O. BOX 90223
DENTON, TX  76202-5223

* DISCOVER BANK
DISCOVER PRODUCTS INC.
PO BOX 3025
NEW ALBANY, OH  43054-3025

DISCOVER FINANCIAL
PO BOX 3025
NEW ALBANY, OH  43054

DR. GREEN SERVICES
3333 EARHART DR. STE. 200
CARROLLTON, TX  75006

FED LOAN SEVICING
PO BOX 69184
HARRISBURG, PA  17106

FIRST ELECTRONIC BANK
2150 S 1300 E SUITE 400
SALT LAKE CITY, UT  84106

FIRST HEART & VASCULAR
5963 DRIPPING SPRINGS DR.
FRISCO, TX  75034

FLORIDA DEPARTMENT OF EDUCATION
OFFICE OF FINANCIAL ASSISTANCE
PO BOX 865435
ORLANDO, FL  32886

FOCUS RECEIVABLES MANA
1130 NORTHCHASE PARKWAY
SUITE 150
MARIETTA, GA  30067

FRISCO HEART & VASCULAR
5963 DRIPPING SPRINGS DR
FRISCO, TX  75034-4037

* INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P. O. BOX 7346
PHILADELPHIA, PA  19101-7346

INTERNAL REVENUE SERVICE
P. O. BOX 7317
PHILADELPHIA, PA  19101-7317

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA  19101-7346

KOHLS/CAPITAL ONE
KOHLS CREDIT
PO BOX 3043
MILWAUKEE, WI  53201

LEINART LAW FIRM
11520 N. CENTRAL EXPRESSWAY
SUITE 212
DALLAS, TX  75243

* LINEBARGER GOGGAN BLAIR ET AL
2323 BRYAN ST STE 1600
DALLAS, TX  75201

LVNV FUNDING, LLC ITS SUCCESSORS
AND ASSIGNS
ASSIGNEE OF CITIBANK, N.A.
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603

LVNV FUNDING, LLC ITS SUCCESSORS
AND ASSIGNS
ASSIGNEE OF FNBM, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

LYNALISE KATHERINE TANNERY
BUCKLEY MADOLE, P.C.
14841 DALLAS PARKWAY, SUITE 425
DALLAS, TX  75254-7685

MCCREARY, VESELKA, BRAGG & ALLEN,
PC
MICHAEL REED
P. O. BOX 1269
ROUND ROCK, TX  78680

MICHAEL REED OR LEE GORDON
P. O. BOX 1269
ROUND ROCK, TX  78680-1269

MIDLAND CREDIT MANAGEMENT INC
AS AGENT FOR MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI  48090-2011

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI  48090

NAVIENT
ATTN: BANKRUPTCY
PO BOX 9500
WILKES-BARR, PA  18773

NAVIENT SOLUTIONS, INC. ON BEHALF OF
FLORIDA DEPARTMENT OF EDUCATION
OFFICE OF STUDENT FINANCIAL ASSISTANCE
PO BOX 7019
TALLAHASSEE, FL  32314

* PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 41067
NORFOLK, VA  23541

* PORTFOLIO RECOVERY ASSOCIATES LLC
P. O. BOX 41067
NORFOLK, VA  23541-1067

* PORTFOLIO RECOVERY ASSOCIATES, LLC
P. O. BOX 12914
NORFOLK, VA  23541

PROSPER MARKETPLACE INC
PO BOX 396081
SAN FRANCISCO, CA  94139

PROSPER MARKETPLACE INC.
C/O WEINSTEIN & RILEY, P.S.
PO BOX 3978
SEATTLE, WA  98124

PROSPER MARKETPLACE INC.
C/O WEINSTEIN & RILEY, P.S.
2001 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121

PRSM/CBSD
CITICORP CREDIT
SERVICES/CENTRALIZED BAN
PO BOX 790040
SAINT LOUIS, MO  63179

PYOD LLC
C/O SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC  29603

REGIONAL FIN
230 WEST PARKER ROAD
PLANO, TX  75075

RGS FINANCIAL
1700 JAY ELL DR STE 200 STE
RICHARDSON, TX  75081

RGS FINANCIAL
1700 JAY ELL DR STE 200
RICHARDSON, TX  75081

RISE CREDIT
CUSTOMER SUPPORT
PO BOX 101808
FORT WORTH, TX  76185

SHELLPOINT MORTGAGE SE
75 BEATTIE PL STE 300
GREENVILLE, SC  29601

SMILE BRANDS FINANCE INC
100 SPECTRUM CENTER DR STE 1500
IRVINE, CA  92618-4984

SYNCB/BRMART
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL  32896

SYNCB/CARE CREDIT
C/O PO BOX 965036
ORLANDO, FL  32896

SYNCHRONY BANK/ JC PENNEYS
PO BOX 965064
ORLANDO, FL  32896

SYNCHRONY BANK/PAYPAL CR
PO BOX 965064
ORLANDO, FL  32896

SYNCHRONY BANK/WALMART
PO BOX 965064
ORLANDO, FL  32896

* TEXAS ALCOHOLIC BEVERAGE COMMISSION
LICENSES AND PERMIT DIVISION
PO BOX 13127
AUSTIN, TX  78711-3127

* TEXAS WORKFORCE COMMISSION
TEC BUILDING- BANKRUPTCY
101 E 15TH ST
AUSTIN, TX  78778

TWO SUNSET POINTE HOA
C/O SBB PROCESSING CENTER
P. O. BOX 60875
PHOENIX, AZ  85082-0875

U.S. BANK NATIONAL ASSOCIATION TRUSTEE (SEE
C/O WELLS FARGO BANK, N.A.
DEFAULT DOCUMENT PROCESSING,
MAC# N9286-01Y
1000 BLUE GENTIAN ROAD
EAGAN, MN  55121

U.S. DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
P. O. BOX 69184
HARRISBURG, PA  17106-9184

U.S. DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
P.O. BOX 530210
ATLANTA, GA  30353-0210

UNITED STATES ATTORNEY GENERAL
DEPT. OF JUSTICE
MAIN JUSTICE BLDG
10 AND CONSTITUTION NW
WASHINGTON, DC  20530-0001

UNITED STATES ATTORNEY'S OFFICE
110 NORTH COLLEGE AVE STE 700
TYLER, TX  75702-0204

* UNITED STATES TRUSTEE'S OFFICE
110 NORTH COLLEGE AVE STE 300
TYLER, TX  75702-7231

UNITED STATES TRUSTEE- EASTERN
DISTRICT
110 N. COLLEGE AVE STE 300
TYLER, TX  75702

* US TRUSTEE
OFFICE OF THE U.S. TRUSTEE
110 NORTH COLLEGE AVENUE, SUITE 300
TYLER, TX  75702-7231

WELLS FARGO BANK NA
MAC F82535-02F
PO BOX 10438
DES MOINES, IA  50306

WELLS FARGO BANK, N.A.
14841 DALLAS PARKWAY, SUITE 300
DALLAS, TX  75254-7883

WELLS FARGO BANK, N.A.
DEFAULT DOCUMENT PROCESSING
MAC# N9286-01Y
1000 BLUE GENTIAN ROAD
EAGEN, MN  55121

WELLS FARGO BANK, N.A.
ATTENTION: PAYMENT PROCESSING
MAC# X2302-04C
1 HOME CAMPUS
DES MOINES, IA  50328

WINGS FINANCIAL FCU
14985 GLAZIER AVE STE 100
APPLE VALLEY, MN  55124